UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-10063-SVW-JC | Date | February 10, 2020 |
|---|---|---|---|
| Title | Hector Miranda et al v. R and L Carriers Shared Services, LLC | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael H. Boyamian | Diana M. Estrada |

**Proceedings:**   [54] MOTION for Settlement Approval of Class Action Settlement (Final Approval) filed by plaintiff

Hearing held.  The Court orders the filing of another declaration.  The motion is submitted.  Order to issue.

|  | : | 05 |
|---|---|---|
|  | Initials of Preparer | PMC |